affirmed, with costs. See, also, 99 App. Div. 605, 91 N. Y. Supp. 185.

In re MINNIE BROS. (Supreme Court, Appellate Division, First Department. November 6, 1908.) In the matter of Minnie Brothers. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MISCH, Inc., Respondent, v. MOSHEIM, Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Caesar Misch, Inc., against Julius E. Moshein. F. Bien, for appellant. S. De Young, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 123 App. Div. 322, 107 N. Y. Supp. 1092.

MOLLER v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Action by Annie Moller against the city of New York. No opinion. Motion granted, with $10 costs. Order filed.

MOLLOY, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by Margaret Molloy, as executrix, etc., of Daniel Molloy, deceased, against the Metropolitan Street Railway Company. No opinion. Motion for leave to appeal to the Court of Appeals denied. See, also, 110 N. Y. Supp. 978.

MORGAN et al., Respondents, v. UNITED STATES MORTGAGE & TRUST CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 11, 1908.) Action by J. Hewitt Morgan and another against the United States Mortgage & Trust Company. No opinion. Motion to amend remittitur denied. See, also, 125 App. Div. 22, 109 N. Y. Supp. 274.

In re MORGAN AVE. IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) In the matter of the application of the city of New York relative to acquiring title to the lands, tenements, and hereditaments required for the purpose of opening Morgan avenue, from Stagg street to Meeker avenue, in the Eighteenth ward of the borough of Brooklyn in the city of New York. No opinion. Motion denied, with leave to the respondent to present and make use of the report on the argument.

MORLEY, Appellant, v. CASTOR, Respondent. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Edward Morley against George A. Castor. G. E. Morgan, for appellant. No opinion. Judgment affirmed. Order filed.

MORRISON et al. v. SLATER et al. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Action by Jacob Morrison and another against Isaac Slater and others. No opinion. Motion denied, with $10 costs. Order filed.

MYRUP, Respondent, v. FRIEDMAN, Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by Andrew A. Myrup, as treasurer, etc., against Mary Friedman. No opinion. Order affirmed, with $10 costs and disbursements on the opinion of Mr. Justice Crane at Special Term. 58 Misc. Rep. 323, 110 N. Y. Supp. 1106.

NAPIER v. SPIELMAN. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by Thomas S. Napier against Charles Spielman. No opinion. Motion denied, with $10 costs. Order filed. See, also, 111 N. Y. Supp. 1009; 127 App. Div. 567, 111 N. Y. Supp. 983.

In re NEHER'S ESTATE. (Supreme Court, Appellate Division. Third Department. Sept. 17, 1908.) In the matter of the estate of Philip H. Neher, deceased. No opinion. Order affirmed, with costs.

NELSON, Respondent, v. HUTCHINSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 30, 1908.) Action by Ora Nelson against Orville Hutchinson.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff within 20 days stipulates to reduce the verdict to the sum of $87.50 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, without costs.

SPRING, J., votes for reversal on the ground that the verdict of the jury is contrary to and against the weight of the evidence.

NERBER, Respondent, v. NERBER, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. October 7, 1908.) Action by Charles N. Nerber against Lyman A. Nerber, impleaded with others. No opinion. Interlocutory judgment affirmed, with costs, with leave to the appellant to plead over upon payment of the costs of the demurrer and of this appeal.

NEW YORK & EASTERN REALTY CO., v. CLOVENA CO. et al. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by the New York & Eastern Realty Company against the Clovena Company and others. No opinion. Order affirmed, with $10 costs and disbursements.

In re NICOLINI. (Supreme Court, Appellate Division, First Department. May, 1908.) In the matter of Maria T. Nicolini. No opinion. Reference ordered. Memorandum per curiam. Settle order on notice.

In re NICOLINI. (Supreme Court, Appellate Division, First Department. October 30, 1908.) In the matter of Maria T. Nicolini. No opinion. Motion granted. Order filed.

O'CONNOR et al. v. BAUER. (Supreme Court, Appellate Division, Fourth Department.